UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE A. DAVIS,<br><br>        Plaintiff,<br><br>   v.<br><br>SAINT MARY'S CATHOLIC CEMETERY AND MAUSOLEUM; DIOCESE OF SACRAMENTO; ROMAN CATHOLIC BISHOP OF SACRAMENTO; DAVID FLORES, and DOES 1 through 10, inclusive,<br><br>        Defendants. | No. 2:13-cv-01083-GEB-DAD<br><br>**ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE** |

The Joint Status Report filed September 16, 2013 ("JSR"), reveals this case is not ready to be scheduled. Although the parties state in the JSR that "[a]ll named parties have been served[,]" Defendant David Flores has not appeared, and Plaintiff does not indicate in the JSR how he intends to prosecute this action against this Defendant.

Therefore, the Status (Pretrial Scheduling) Conference scheduled for hearing on September 30, 2013, is continued to October 28, 2013, at 9:00 a.m. A further joint status report shall be filed no later than fourteen (14) days prior to the Status Conference, in which Plaintiff shall address his efforts

and/or how he intends to prosecute this action as to Defendant David Flores.

Dated: September 24, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge

2