UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE A. DAVIS,<br><br>        Plaintiff,<br><br>  v.<br><br>SAINT MARY'S CATHOLIC CEMETERY AND MAUSOLEUM; DIOCESE OF SACRAMENTO; ROMAN CATHOLIC BISHOP OF SACRAMENTO; DAVID FLORES, and DOES 1 through 10, inclusive,<br><br>        Defendants. | No. 2:13-cv-01083-GEB-DAD<br><br>**ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE** |

        Plaintiff states in the Second Amended Joint Status Report filed October 14, 2013:

> Given that [Defendant] Flores has yet to file an Answer or otherwise appear in this matter, he is very likely without counsel and, by default, in pro per. In light of this, Plaintiff is allowing him more time to consider the consequences of failing to appear and for him to obtain counsel and/or file an Answer.

(Second Am. Joint Status Report 2:10-15, ECF No. 18.)

        This statement fails to satisfy Plaintiff's obligation under Federal Rule of Civil Procedure 16 to provide meaningful information concerning how he intends to prosecute this action as to Defendant Flores. For example, Plaintiff does not indicate how much "more time" Plaintiff desires to permit Defendant Flores to

1

1 answer or if the action should be scheduled in Defendant Flores'
2 absence. Such information is necessary for the Court to properly
3 schedule the action.

4 Therefore, if Defendant Flores has not appeared in this
5 action by November 29, 2013, Plaintiff shall take the steps
6 necessary to prosecute this action as a default matter against
7 him. No later than December 16, 2013, Plaintiff shall either file
8 whatever documents are required to prosecute this case as a
9 default matter as to Defendant Flores or show cause in a filing
10 why Defendant Flores should not be dismissed for failure of
11 prosecution. Defendant Flores may be dismissed with prejudice
12 under Federal Rule of Civil Procedure 41(b) if Plaintiff fails to
13 timely respond to this Order.

14 Further, the status conference scheduled for hearing on
15 October 28, 2013, is continued to commence at 9:00 a.m. on
16 January 21, 2014. A joint status report shall be filed fourteen
17 (14) days prior to the status conference in which Plaintiff is
18 required to explain the status of action as to Defendant Flores,
19 and whether the action should be scheduled.

20 IT IS SO ORDERED.
21 Dated: October 22, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge

2