SWEENEY, GREENE & ROBERTS LLP
James F. Sweeney (SBN 124527)
Stephen J. Greene, Jr. (SBN 178098)
R.G. Shannon (SBN 249674)
9245 Laguna Springs Drive, Suite 350
Elk Grove, CA 95758
Telephone: (916) 753-1300
Facsimile: (916) 753-1333
Attorneys for Defendant,
THE ROMAN CATHOLIC BISHOP OF SACRAMENTO,
a corporation sole, incorrectly also sued as "SAINT MARY'S
CATHOLIC CEMETERY AND MAUSOLEUM" and
"DIOCESE OF SACRAMENTO"

John D. Winer, SBN 091078
Shawn D. Tillis, SBN 224539
WINER & McKENNA LLP
1999 Harrison Street, Suite 600
Oakland, CA  94612
Telephone: (510) 433-1000
Facsimile: (510) 433-1001
Attorneys for Plaintiff,
JESSE A. DAVIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE A. DAVIS,<br><br>    Plaintiff,<br><br>v.<br><br>SAINT MARY'S CATHOLIC CEMETERY AND MAUSOLEUM; DIOCESE OF SACRAMENTO; ROMAN CATHOLIC BISHOP OF SACRAMENTO,<br><br>    Defendants. | CASE NO. 2:13-CV-01083-GEB-DAD<br><br>**STIPULATION AND ORDER FOR MODIFICATION OF PRETRIAL SCHEDULING ORDER CONCERNING DEADLINE FOR INITIAL DISCLOSURE OF EXPERT WITNESSES**<br><br>Complaint filed:  May 31, 2013 |

THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, HEREBY

STIPULATE AS FOLLOWS:

As set forth in the Joint Ex Parte Application for Modification of the Pretrial Scheduling

Order Concerning the Deadline for Initial Disclosure of Expert Witnesses, concurrently filed

1

with the Court, and GOOD CAUSE appearing for the Court to grant the joint request of the parties;

IT IS HEREBY ORDERED that paragraph two of the section entitled "<u>DISCOVERY</u>," on page two of the Court's Pretrial Scheduling Order of January 15, 2014, is hereby modified to read as follows:

Each party shall comply with Federal Rule of Civil Procedure 26(a)(2)(B) and (C)'s initial expert witness requirements on or before **February 11, 2015**, and any contradictory and/or rebuttal expert disclosure authorized under Rule 26(a)(2)(D)(ii) on or before **March 13, 2015**.

IT IS SO STIPULATED.

Dated: October 28, 2014          SWEENEY, GREENE & ROBERTS LLP

By: /s/ *Stephen J. Greene, Jr.*
Attorneys for Defendant, THE ROMAN CATHOLIC BISHOP OF SACRAMENTO, a corporation sole

Dated: October 28, 2014          WINER & McKENNA, LLP

By: /s/ *Shawn D. Tillis*
Attorneys for Plaintiff, JESSE A. DAVIS

IT IS SO ORDERED.

Dated: October 29, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge