John D. Winer, SBN 091078
Shawn D. Tillis, SBN 224539
WINER, McKENNA & BURRITT, LLP
1999 Harrison Street, Suite 600
Oakland, CA 94612
Tel: (510) 433-1000
Fax: (510) 433-1001
Attorneys for Plaintiff
JESSE A. DAVIS

SWEENEY, GREENE & ROBERTS LLP
James F. Sweeney (SBN 124527)
Stephen J. Greene, Jr. (SBN 178098)
R.G. Shannon (SBN 249674)
9245 Laguna Springs Drive, Suite 350
Elk Grove, CA 95758
Tel: (916) 753-1300
Fax: (916) 753-1333
Attorneys for Defendant
THE ROMAN CATHOLIC BISHOP OF SACRAMENTO,
a corporation sole, incorrectly also sued as "SAINT MARY'S
CATHOLIC CEMETERY AND MAUSOLEUM" and
"DIOCESE OF SACRAMENTO"

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE A. DAVIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAINT MARY'S CATHOLIC CEMETERY AND MAUSOLEUM; DIOCESE OF SACRAMENTO; ROMAN CATHOLIC BISHOP OF SACRAMENTO; DAVID FLORES and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | CASE NO.: 2:13-cv-01083-GEB-DAD<br><br>**STIPULATION AND PROPOSED ORDER TO MOVE HEARING DATE FOR DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, HEREBY

STIPULATE AS FOLLOWS:

　　Defendant's Motion for Summary Judgment, Noticed on April 10, 2015, is scheduled to be heard on May 11, 2015, the last day for hearing of motions per the Court's current scheduling order. Because Plaintiff's counsel is currently scheduled to attend mediation in another case on

May 11, 2015 – an event which had been scheduled for many weeks – Plaintiff has proposed to counsel for defense that the hearing date for Defendant's motion be moved to June 1, 2015, a date that is currently open in the Court's calendar, with the understanding that the original briefing schedule (for the May 11, 2015) hearing date will remain the same.  Counsel for Defendant has graciously agreed to this proposal if the Court will so allow.

As set forth above, and GOOD CAUSE appearing for the Court to grant the joint request of the parties;

IT IS HEREBY ORDERED that the hearing date for Defendant's Motion for Summary Judgment will move from May 11, 2015 to June 1, 2015.

IT IS SO STIPULATED

DATED: April 24, 2015          WINER, McKENNA & BURRITT, LLP

By:     /s/ Shawn D. Tillis
       Attorneys for Plaintiff
       JESSE A. DAVIS

DATED:  April 23, 2015         SWEENEY, GREENE & ROBERTS, LLP

By:     /s/ Stephen J. Greene, Jr.
       Attorneys for Defendant, THE ROMAN CATHOLIC BISHOP OF SACRAMENTO, a corporation sole

IT IS SO ORDERED.

Dated:  April 24, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION AND PROPOSED ORDER TO MOVE HEARING DATE OF DEFENDANTS MOTION FOR SUMMARY JUDGMENT