UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE A. DAVIS,<br><br>        Plaintiff,<br><br>  v.<br><br>SAINT MARY'S CATHOLIC CEMETERY AND MAUSOLEUM; DIOCESE OF SACRAMENTO; AND ROMAN CATHOLIC BISHOP OF SACRAMENTO,<br><br>        Defendants. | No. 2:13-cv-01083-GEB-DAD<br><br>**ORDER** |

In light of the parties' joint request for a further opportunity to attempt to settle this action, the final pretrial conference and trial commencement dates are vacated, and a status conference is scheduled at 9:00 a.m. on October 26, 2015. A joint status report shall be filed no later than fourteen (14) days prior to the Status Conference, in which the parties shall propose final pretrial conference and trial dates.

Further, the parties are hereby authorized to contact the courtroom deputy assigned to a magistrate judge for the purpose of attempting to schedule a settlement conference at a mutually convenient date and time.

Dated: July 9, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1